IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES THOMAS TOMALA,

    Plaintiff,                    No. CIV S-09-2479 EFB P

    vs.

TROY DAVIS, et al.,

    Defendants.          <u>ORDER</u>

                            /

      Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. He requests leave to proceed *in forma pauperis*.

      Plaintiff alleges a violation of his civil rights in Tuolomne County, California. Tuolomne is in the Fresno Division of this court and the action should have been commenced there. *See* Local Rule 3-120(d). The court has not yet ruled on plaintiff's request to proceed *in forma pauperis*.

      Accordingly, it is hereby orderd that:

      1. This action is transferred to the Fresno Division.

      2. The Clerk of Court shall assign a new case number.

////

////

1     3. All future filings shall bear the new case number and shall be filed at:

        United States District Court
        Eastern District of California
        2500 Tulare Street
        Fresno, CA 93721

DATED: September 10, 2009.

        *[signature]*
        EDMUND F. BRENNAN
        UNITED STATES MAGISTRATE JUDGE

2